# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

---

JOYCE BERRY,                                          Civil No. 09-3626 (JRT)

              Plaintiff,

v.                                                               **ORDER**

JOHNSON & JOHNSON, ORTHO-
MCNEIL PHARMACEUTICAL, INC.,
JOHNSON & JOHNSON
PHARMACEUTICAL RESEARCH AND
DEVELOPMENT, LLC, ORTHO-
MCNEIL-JANSSEN
PHARMACEUTICALS, INC.,

              Defendants.

---

Edward Coleman, Lewis J. Saul, and Kevin M. Fitzgerald, **LEWIS SAUL & ASSOCIATES, PC**, 183 Middle Street, Suite 200, Portland, ME 04101; Ronald S. Goldser and Stacy Hauer , **ZIMMERMAN REED, PLLP**, 651 Nicollet Mall, Suite 501, Minneapolis, MN 55402, for plaintiff.

William Robinson, **LECLAIR RYAN**, 225 Reinekers Lane, Suite 700, Alexandria, VA 22314; John Dames, **DRINKER, BIDDLE AND REATH**, 191 North Wacker Drive, Suite 3700, Chicago, IL 60606; Dana Lenahah, Jane McLean Bernier, and Tracy Van Steenburgh, **NILAN JOHNSON LEWIS**, 400 One Financial Plaza, 120 South Sixth Street, Minneapolis, MN, 55402, for defendants.

Pursuant to the stipulation of dismissal with prejudice executed by the parties,

through their respective counsel and filed on October 29, 2010 [Docket No. 13],

**IT IS HEREBY ORDERED** that all claims of Plaintiff **JOYCE BERRY**,

individually, against all named Defendants are **DISMISSED IN THEIR ENTIRETY**

**WITH PREJUDICE**, and without costs to either party.

**LET JUDGMENT BE ENTERED.**

Dated: November 10, 2010

at Minneapolis, Minnesota                    s/ John R. Tunheim

                                         JOHN R. TUNHEIM
                                    United States District Judge